IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MID-STATE AFTERMARKET                                                                PLAINTIFF
BODY PARTS, INC.

V.                                    NO. 4:03cv00733 JLH

MQVP, INC., f/k/a                                                                    DEFENDANT
GLOBAL VALIDATORS, INC.

## ORDER

This case is set for a settlement conference **Wednesday and Thursday, October 28-29, 2009**, **at 9:00 a.m.**, in Room 1B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas, before Magistrate Judge Jerry W. Cavaneau.

**Under General Order No. 54, Matthew McKay is authorized to bring an electronic device to the courthouse for this proceeding. Mr. McKay is required to be familiar with the restrictions contained in General Order No. 54, which can be accessed on the Court's website. He is also required to present a copy of this order upon entry into the building to verify this authorization.**

IT IS SO ORDERED this 22nd day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE