### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MID-STATE AFTERMARKET BODY                                                              PLAINTIFF
PARTS, INC.

v.                                        Case No. 4:03CV00733 JLH

MQVP, INC., f/k/a
GLOBAL VALIDATORS, INC.                                                                 DEFENDANT

### ORDER

The Sixth Circuit has affirmed the Bankruptcy Court's approval of the Trustee's settlement of the claims made in this case, and has issued its mandate.

Therefore, the parties are directed to complete any steps necessary to execute fully the settlement terms agreed upon at the settlement conference held on October 28, 2009, and to file a stipulation for dismissal of this case, with prejudice, reciting that the settlement has been fully executed. The Court directs that the stipulation be filed on or before twenty-one (21) days from the date of entry of this order. Extension will be granted only on showing of good cause.

IT IS SO ORDERED this 14th day of May, 2012.

_J. Leon Holmes_

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE