IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MID-STATE AFTERMARKET BODY
PARTS, INC.,

    Plaintiff/Counter-Defendant,

v

MQVP, INC., f/k/a GLOBAL VALIDATORS,
INC.,

    Defendant/Counter-Plaintiff.

Hon. J. Leon Holmes

Case No. 04-03-CV-00733

## STIPULATED AMENDED ORDER

The Sixth Circuit affirmed the Bankruptcy Court's approval of the Trustee's settlement of claims made in this case, and issued its disposition on April 13, 2012. The Sixth Circuit issued its Mandate in this case on May 7, 2012.

This Court previously entered its Order in this matter on May 14, 2012, directing the parties to complete any steps necessary to execute fully the settlement terms agreed upon at the settlement conference held on October 28, 2009, and to file a stipulation for dismissal of this case, with prejudice, reciting that the settlement has been fully executed on or before June 4, 2012.

The parties previously entered into a Settlement Agreement dated January 11, 2010 setting forth the terms and conditions of their agreement to settle this matter and dismiss this case. The parties agreed that the closing of the Settlement Agreement (including the dismissal with prejudice of this case) would occur within thirty (30) days of entry of a final, non-appealable Order from the Bankruptcy Court. The parties objecting to the Bankruptcy Court's

approval of the Trustee's settlement of claims in this case have until July 12, 2012 to appeal the disposition of the Circuit Court.

Accordingly, this Court directs the parties to complete any steps necessary to execute fully the settlement terms agreed upon at the settlement conference held on October 28, 2009, and to file a stipulation for dismissal of this case, with prejudice, reciting that the settlement has been fully executed on or before August 13, 2012.

IT IS SO ORDEREED this 21st day of May, 2012.

ENTERED BY:

_____
J. LEON HOLMS
UNITED STATES DISTRICT JUDGE

STIPULATED TO BY:

| MID-STATE AFTERMARKET BODY PARTS, INC. | KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK |
|---|---|
| By: _____<br>Andrew V. Francis, Esq. (ABA97-126)<br>Andrew V. Francis, P.A.<br>2311 Biscayne Drive, Suite 205<br>Little Rock, Arkansas 72227<br>(501) 954-7390<br><br>Mark M. Grossman, Esq. (IL6208393)<br>Grossman Law Offices<br>225 W. Washington St., #2200<br>Chicago, Illinois 60606<br>(312) 621-9000<br><br>Dated: May 18, 2012 | By: /s/ Steve N. Cheolas<br>STEVE N. CHEOLAS (P32178)<br>KITCH DRUTCHAS WAGNER<br>VALITUTTI & SHERBROOK<br>Attorneys for Plaintiff<br>10 South Main, Suite 200<br>Mt. Clemens, MI 48043-7903<br>steve.cheolas@kitch.com<br><br>Dated: May 18, 2012 |