**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MID-STATE AFTERMARKET BODY                                                    PLAINTIFF
PARTS, INC.

v.                                    Case No. 4:03CV00733 JLH

MQVP, INC., f/k/a
GLOBAL VALIDATORS, INC.                                                       DEFENDANT

## ORDER

All pending motions in this action are denied as moot without prejudice to the right of the

parties to refile those motions in the event that the decision of the United States Court of Appeals

for the Sixth Circuit affirming the bankruptcy court's approval of the settlement in this matter is

overturned.  Documents #248 and #253.

IT IS SO ORDERED this 29th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE