# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MID-STATE AFTERMARKET BODY　　　　　　　　　　　　　　　　　　　PLAINTIFF
PARTS, INC.

v.　　　　　　　　Case No. 4:03CV00733 JLH

MQVP, INC., f/k/a
GLOBAL VALIDATORS, INC.　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

Pursuant to the stipulation of dismissal filed by the parties today, this action is dismissed with prejudice and without costs to either party.

IT IS SO ORDERED this 14th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE